# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV-11-4509-R                                    DATE: FEBRUARY 23, 2012

TITLE: MICHAEL D. BILLBERRY -V- PATRICK R. DONAHOE etc
================================================================
PRESENT:

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                              <u>    N/A    </u>
Deputy Clerk                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                                                 Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
                    dismissed for lack of prosecution


THIS MATTER IS SET ON CALENDAR FOR HEARING ON MARCH 12,

2011 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO PROPERLY SERVE A COPY OF THE SUMMONS AND COMPLAINT

ON DEFENDANT.

PRESENCE OF PLAINTIFF AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                              Initials of Deputy Clerk__WH____
**CIVIL - GEN**                                  D-M