JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL D. BILLBERRY,<br><br>  Plaintiff,<br><br>  vs.<br><br>PATRICK R. DONAHOE,<br>POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>  Defendant. | Case No. CV 11-04509 R (MRWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT PATRICK R. DONAHOE**<br><br>Hearing Date: January 28, 2013<br>Time: 10:00 a.m.<br><br>Hon. Manuel L. Real |

  Defendant Patrick R. Donahoe, Postmaster General of the United States Postal Service's motion for summary judgment came on for hearing on January 28, 2013, the Honorable Manuel L. Real, District Judge Presiding. The Court

having fully considered the evidence presented, the issues duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that:

1. Defendant's motion for summary judgment is GRANTED in its entirety;
2. Judgment is entered in favor of the Defendant; and
3. Defendant shall recover his costs.

Dated: Feb. 11, 2013

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   */s/ Kristen M. Lee*
KRISTEN M. LEE
Assistant United States Attorney
Attorneys for Defendant
Patrick R. Donahoe, Postmaster General,
United States Postal Service